(September 27, 2011)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER SANCHEZ, Appellant. [930 NYS2d 170]—An appeal

having been taken to this Court by the above-named appellant from judgments of the Supreme Court, Bronx County (Troy K. Webber, J.), rendered on or about October 24, 2006, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Gonzalez, P.J., Saxe, Acosta and Abdus-Salaam, JJ.